# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JUANITA LOPEZ,

      Plaintiff,

v.                                                  Case No. 1:17-cv-00845-KK-SCY

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY and YET-TO-BE-IDENTIFIED EMPLOYEES
AND/OR AGENTS of State Farm Mutual Automobile Insurance
Company,

      Defendants.

## DEFENSE EXPERT DISCLOSURE(S)

The Court has stayed all discovery, except for the deposition of Plaintiff, in light of the parties' agreement to forego full discovery and to proceed to early Settlement Conference [Doc. 27]. The defense therefore reserves the right to disclose testifying expert witness(es) in the event the parties are unable to settle at the Settlement Conference in a reasonable time following the Settlement Conference or as instructed by the Court.

                                                Respectfully submitted,

                                                MILLER STRATVERT P.A.

                                                By: */s/ Todd A. Schwarz*
                                                     Todd A. Schwarz
                                                     Attorneys for Defendant State Farm Mutual
                                                       Automobile Insurance Company
                                                   P.O. Box 25687
                                                   Albuquerque, NM 87125-0687
                                                   Telephone: (505) 842-1950
                                                   tschwarz@mstlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February, 2018, a copy of the foregoing was electronically filed through the CM/ECF system, which caused the following participating CM/ECF counsel to be served with same by electronic means to:

Merit Bennett
The Bennett Law Group LLC
460 St. Michael's Drive Suite 703
Santa Fe, NM 87505
mb@thebennettlawgroup.com

*/s/ Todd A. Schwarz*
Todd A. Schwarz

\\Abq-tamarack\ProData\000065-049520\Pleadings\3396600.docx