**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JUANITA LOPEZ,

      Plaintiff,

v.                                 Case No. 1:17-cv-00845-KK-SCY

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY and YET-TO-BE-IDENTIFIED EMPLOYEES
AND/OR AGENTS of State Farm Mutual Automobile Insurance
Company,

      Defendants.

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, Juanita Lopez, by and through her counsel of record, and hereby moves the Court for the entry of its Order dismissing her Complaint against Defendant State Farm Mutual Automobile Insurance Company with prejudice. As grounds for this Motion, Plaintiff would state to the Court that all disputes raised by Plaintiff against Defendant State Farm Mutual Automobile Insurance Company have been settled to the satisfaction of all parties.

                                Respectfully submitted:

                            By: */s/ Merit Bennett - approved via email 4/19/18*
                                 Merit Bennett
                                 The Bennett Law Group LLC
                                 Attorney for Plaintiff
                                 460 St. Michael's Drive Suite 703
                                 Santa Fe, NM 87505
                                 Telephone: (505) 983-9834

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 19th day of April, 2018, a copy of the foregoing was electronically filed through the CM/ECF system, which caused the following participating CM/ECF counsel to be served with same by electronic means to:

    Todd A. Schwarz
    Miller Stratvert P.A.
    P.O. Box 25687
    Albuquerque, NM  87125-0687


*/s/ Merit Bennett - approved via email 4/19/18*
Merit Bennett


\\Abq-tamarack\ProData\000065-049520\Pleadings\3414339.docx