UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUANITA LOPEZ,

      Plaintiff,

v.                                            Case No. 1:17-cv-00845-KK-SCY

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY and YET-TO-BE-IDENTIFIED EMPLOYEES
AND/OR AGENTS of State Farm Mutual Automobile Insurance
Company,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiff, Juanita Lopez, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

_____
THE HONORABLE KIRTAN KHALSA
U.S. MAGISTRATE JUDGE

**SUBMITTED BY:**

*/s/ Merit Bennett - approved via email 4/19/18*
Merit Bennett
The Bennett Law Group LLC
Attorney for Plaintiff
460 St. Michael's Drive Suite 703
Santa Fe, NM 87505

**APPROVED BY:**

MILLER STRATVERT P.A.

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendant
Post Office Box 25687
Albuquerque, New Mexico  87125

\\Abq-tamarack\ProData\000065-049520\Pleadings\3414343.docx